THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:     415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-10-1485-WHA** |
| Plaintiff, | |
| v. | **MOTION FOR ADMINISTRATIVE RELIEF TO COMPEL FULL GENERAL ORDER 56 INSPECTION; AND [PROPOSED] ORDER THEREON** |
| TOASTIES, HON WING FUNG and PIK WAH LEE FUNG, as Trustees of THE FUNG FAMILY TRUST, U.D.T. ("Under Declaration of Trust"), Dated August 24, 1994; and  CHARLIE TRUONG, an individual, dba TOASTIES, | **[L.R. 7-11; Gen. Order 56]** |
| Defendants. | |

      Plaintiff, pursuant to Local Rule 7-11 and General Order 56, hereby moves this Court for Administrative Relief, and requests the Court to compel a General Order 56 joint site inspection at Toasties located at 1336 9th Avenue, San Francisco, California.

      The case before the Court seeks, in part, relief pursuant to Title III of the Americans with Disabilities Act ("ADA").  Accordingly, litigation of this case is controlled by the procedures established in General Order No. 56.  These procedures impose a stay on all discovery until after the parties' case management conference.

      General Order No. 56 provide for a party who wishes to be relieved of any requirement of this order may file a motion for Administrative Relief pursuant Local Rule 7-11.

Plaintiff Craig Yates seeks relief under General Order 56 to compel defendants HON WING FUNG and PIK WAH LEE FUNG, as Trustees of THE FUNG FAMILY TRUST, U.D.T. ("Under Declaration of Trust"), Dated August 24, 1994; and  CHARLIE TRUONG, an individual, dba TOASTIES to comply with General Order 56 itself.  The access issue in this case primarily involves the lack of access into the restaurant itself due to an approximate six (6) inch height landing and an inaccessible unisex restroom.

The complaint sets these claimed premises violations as architectural barriers that were encountered by plaintiff, knowledge that the restroom was not accessible and hence it would be a futile gesture to attempt to use it.

As set out more fully in the Declaration of Thomas E. Frankovich, defendants' counsel refusal to allow inspection of the unisex restroom at the initial General Order 56 inspection conducted on Monday, August 23, 2010 at Toasties Restaurant located at 1336 9th Avenue, San Francisco, California, is a violation of the General Order 56.

Plaintiff seeks an order to compel a full General Order 56 inspection of the premises including but not limited to the unisex restroom.

///

///

///

///

///

///

///

///

///

///

///

///

MOTION FOR ADMINISTRATIVE RELIEF **TO COMPEL FULL GENERAL ORDER 56 INSPECTION; AND [PROPOSED] ORDER THEREON**

1    Therefore, plaintiff is respectfully requesting that based upon this Motion, and the

2    accompanying Declaration of Thomas E. Frankovich that said motion be granted.

3

4    Dated: September 13, 2010          THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*
5

6
                                        By:    /s/Thomas E. Frankovich
7                                          THOMAS E. FRANKOVICH
                                           Attorneys for Plaintiff CRAIG YATES, an individual
8

9

                                        **ORDER**
10

11    This matter comes before the Honorable William H. Alsup on the motion of plaintiff

12    Craig Yates for Administrative Relief and to Compel Defendants HON WING FUNG and PIK

13    WAH LEE FUNG, as Trustees of THE FUNG FAMILY TRUST, U.D.T. ("Under Declaration of

14    Trust"), Dated August 24, 1994; and  CHARLIE TRUONG, an individual, dba TOASTIES to

15    complete the General Order No. 56 joint site inspection as required by the court.

16        **IT IS SO ORDERED** that this Court, having fully considered the moving papers, and

17    good cause appearing therefore and hereby GRANTS Plaintiff's Motion to conduct a full General

18    Order 56 inspection at Toasties located at 1336 9th Avenue, San Francisco, California.  Said

19    inspection shall be completed within (30) days of execution of this Order.

20

21

22    Dated:_September 20 ___, 2010              _____

23                                              Honorable William H. Alsup
                                                United States District Judge
24

25

26

27

28