IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOASTIES, HON WING FUNG and PIK WAH LEE FUNG, as Trustees of THE FUNG FAMILY TRUST, U.D.T. ("Under Declaration of Trust") dated August 24, 1994, and CHARLIE TRUING, an individual, dba TOASTIES,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 10-01485 WHA<br><br>**ORDER OF DISMISSAL** |

The parties have stipulated to dismiss this action with prejudice pursuant to FRCP 41(a)(1). The Court will not retain jurisdiction to enforce the parties' settlement. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 18, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE